UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ROBERT LEMKE,

                Defendant.

**INDICTMENT**

21 Cr.

**21 CRIM 100**

- - - - - - - - - - - - - - - - - - - x

### COUNT ONE
**(Threatening Interstate Communications)**

The Grand Jury charges:

In or about January 2021, in the Southern District of New York and elsewhere, ROBERT LEMKE, the defendant, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, LEMKE sent threatening text messages to family members of a New York City-based U.S. Congressman and a New York City-based family member of a journalist.

(Title 18, United States Code, Sections 875(c) and 2.)

_____  
FOREPERSON

_____  
AUDREY STRAUSS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERT LEMKE,

Defendant.

**INDICTMENT**

21 Cr.

(18 U.S.C. § 875(c) & 2.)

AUDREY STRAUSS
United States Attorney

Foreperson.

02/16/21
CA

INDICTMENT FILED
WHEEL A - DJ HELLERSTEIN

KH PARKER
USMJ