UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                            :

UNITED STATES OF AMERICA                 :

                                            :

           -v-                         :              21-CR-100 (AKH)

                                            :

ROBERT LEMPKE,                       :                ORDER

                                            :

                   Defendant.       :

                                            :

-------------------------------------------------------------------X

Alvin K. Hellerstein, United States District Judge:

       The Government appeals the order of US Magistrate Judge Laurel Beeler of the United States District Court for the Northern District of California, issued on February 22, 2021.  A hearing will be held telephonically by me as soon as conferencing arrangements can be made.  In the meantime, and until hearing and determination of the appeal, the order of the Magistrate Judge staying the release of Defendant is enlarged.

       SO ORDERED.

Dated: February 23, 2021                           _____/s/_____ _____
        New York, New York                     ALVIN K. HELLERSTEIN
                                        United States District Judge