UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                :
UNITED STATES OF AMERICA                        :
                                                                :
               -v-                                 :         21-CR-100 (AKH)
                                                :
ROBERT LEMKE,                               :         <u>ORDER</u>
                                                :
                Defendant.                   :
                                                :
------------------------------------------------------------------------X

Alvin K. Hellerstein, United States District Judge:

      On February 24, 2021, I held a telephonic bail hearing in the above-captioned matter, where I made certain findings on the record. As discussed at the hearing, I find that the Government has proven, by a preponderance of the evidence, that Defendant poses a risk of flight, and by clear and convincing evidence, that Defendant poses a danger to the community, and that no condition or combination of conditions can avert those risks. The February 22, 2021, order of United States Magistrate Judge Laurel Beeler for the Northern District of California is hereby vacated, and I order the continued detention of Defendant.

      SO ORDERED.

Dated: February 25, 2021                                           /s/ Alvin K. Hellerstein
       New York, New York                                ALVIN K. HELLERSTEIN
                                                                      United States District Judge