```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :
                               :    ORDER
        - v. -                 :
                               :    21 Cr. 100 (AKH)
ROBERT LEMKE,                  :
                               :
             Defendant.        :
                               :
- - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Kyle A. Wirshba, and counsel for Robert Lemke, Federal Defenders of New York, by Julia Gatto, Esq.;

WHEREAS on January 26, 2021, the defendant was arrested in the Northern District of California and, on February 1, 2021, was presented before Magistrate Judge Laurel Beeler;

WHEREAS on February 23, 2021, Judge Beeler ordered the defendant bailed on certain conditions of release;

WHEREAS on February 24, 2021, this Court ordered Judge Beeler's bail order vacated and ordered the defendant detained;

WHEREAS on or about February 25, 2021, Judge Beeler ordered that the defendant "shall be transferred to the Southern District of New York pursuant to Federal Rule of Criminal Procedure 5(c)(3)(D) by March 24, 2021, or the earliest possible date thereafter";

IT IS HEREBY ORDERED that the United States Marshals Service shall transport the defendant to the Southern District of New York at the earliest possible date and no later than March 23, 2021, in advance of the conference before the Court on March 24, 2021.

Dated:    New York, New York
          February 26, 2021

                                        /s/ Alvin K. Hellerstein
                                        _____
                                        THE HONORABLE ALVIN K. HELLERSTEIN
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK