UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA                    :

        -v-                                      :       21-CR-100 (AKH)

ROBERT LEMKE,                              :       **ORDER SETTING BRIEFING SCHEDULE**
               Defendant.               :
------------------------------------------------------------------------X

Alvin K. Hellerstein, United States District Judge:

      On March 24, 2021, I held a telephonic hearing in the above-captioned matter. As discussed at the hearing, the Government shall make a formal motion to exclude time by Monday, March 29, 2021. Defendant's response shall be filed by April 2, 2021, at noon. The parties are hereby ordered to attend a hearing on the motion to exclude time on April 5, 2021 at 3 p.m.

      SO ORDERED.

Dated: March 25, 2021                          /s/ Alvin K. Hellerstein
       New York, New York                  ALVIN K. HELLERSTEIN
                                              United States District Judge