UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
            -v-                                                    :         21-CR-100 (AKH)
                                                                   :
ROBERT LEMKE,                                                      :         **ORDER SETTING**
                                                                   :         **TRIAL DATE**
                           Defendant.                              :
                                                                   :
-------------------------------------------------------------------X

Alvin K. Hellerstein, United States District Judge:

   The status conference previously scheduled for June 8, 2021, is hereby adjourned until

July 7, 2021 at 2:30 pm, at which time the court will hold a Final Pretrial Conference. The

parties shall be prepared to begin trial on July 13, 2021, subject to the status of the two

previously scheduled cases on the court-wide trial calendar.  All motions are to be made

sufficiently in advance of the Final Pretrial Conference so that the Court may make its

determination on the motions at the conference.  Time is excluded so that the parties can

consider and prepare motions, review discovery, prepare for trial, and in the ends of justice.  *See*

18 U.S.C. § 3161(h)(7)(A).


   SO ORDERED.

Dated: June 7, 2021                              /s/ Alvin K. Hellerstein
   New York, New York                   ALVIN K. HELLERSTEIN
            United States District Judge