```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :
                                         :      SUPERSEDING
        - v. -                           :      INDICTMENT
                                         :
ROBERT LEMKE,                            :      S1 21 Cr. 100 (AKH)
                                         :
                      Defendant.         :
                                         :
- - - - - - - - - - - - - - - - - - - - x
```

## COUNT ONE
### (Threatening Interstate Communications)

The Grand Jury charges:

1. On or about November 22, 2020, in the Southern District of New York and elsewhere, ROBERT LEMKE, the defendant, knowingly transmitted in interstate and foreign commerce a communication containing a threat to kidnap a person and injure the person of another, to wit, LEMKE sent threatening electronic and voice messages to a New York City-based journalist ("Victim-1") relating to the outcome of the 2020 U.S. presidential election.

(Title 18, United States Code, Sections 875(c) and 2.)

## COUNT TWO
### (Threatening Interstate Communications)

The Grand Jury further charges:

2. On or about November 29, 2020, in the Southern District of New York and elsewhere, ROBERT LEMKE, the defendant,

knowingly transmitted in interstate and foreign commerce a communication containing a threat to kidnap a person and injure the person of another, to wit, LEMKE sent threatening electronic and voice messages to a New York City-based journalist ("Victim-2") relating to the outcome of the 2020 U.S. presidential election.

(Title 18, United States Code, Sections 875(c) and 2.)

## COUNT THREE
(Threatening Interstate Communications)

The Grand Jury further charges:

3. On or about January 6, 2021, in the Southern District of New York and elsewhere, ROBERT LEMKE, the defendant, knowingly transmitted in interstate and foreign commerce a communication containing a threat to kidnap a person and injure the person of another, to wit, shortly after the attack on the United States Capitol in Washington, D.C., LEMKE sent threatening electronic messages to a New York City-based family member of a journalist ("Victim-3") relating to the outcome of the 2020 U.S. presidential election.

(Title 18, United States Code, Sections 875(c) and 2.)

_____
FOREPERSON

_____
AUDREY STRAUSS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERT LEMKE,

                       Defendant.

SUPERSEDING INDICTMENT

S1 21 Cr. 100 (AKH)

(18 U.S.C. §§ 875(c) & 2.)

_____
AUDREY STRAUSS
United States Attorney

_____
Foreperson.

Filed Superseding Indictment
case assigned Judge Hellerstein

6/21/2021
KL

Stewart D. Aaron
U.S.M.J.