

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2021

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The trial, currently scheduled for October 18, 2021, is hereby adjourned until November 1, 2021 at 10 am.  The Final Pretrial Conference will be held on October 20, 2021 at 2:30 pm.  Time is excluded in the interests of justice so that the parties may review discovery, prepare for trial, and in light of the current COVID-19 pandemic conditions.

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
8/11/21

Re:    *United States v. Robert Lemke*, **21 Cr. 100 (AKH)**

Dear Judge Hellerstein:

The Government writes to respectfully request a brief, two-week adjournment of the tentative October 18, 2021 trial date in the above-referenced case.

On July 29, 2021, the Honorable P. Kevin Castel informed the undersigned that the trial in *United States v. Griffith*, previously tentatively scheduled for September 21, 2021, had been selected by the Court's scheduling committee of judges to begin on September 27, 2021. *See United States v. Griffith*, 20 Cr. 15 (PKC), Dkt. 126 (S.D.N.Y.). Both Assistant United States Attorneys currently assigned to this case are also trying the *Griffith* case before Judge Castel, a prosecution involving charges of evading sanctions against North Korea, the trial of which the Government believes will last for approximately two weeks.

In light of the new, later trial date in *Griffith*, the Government anticipates that there will be only approximately one week, and potentially even less time depending on how the *Griffith* trial unfolds, between the trial before Judge Castel and the October 18 tentative trial date in this case. The Government also understands that requests for fourth quarter 2021 trial dates are not due until August 15, 2021.

The Government will, of course, be prepared to try the case on any date secured by the Court. However, because both Assistant United States Attorneys assigned to this case will begin an estimated two-week trial before Judge Castel on September 27, 2021, the Government

respectfully requests that the Court request a trial date two weeks after the date currently contemplated, on or after November 1, 2021. The defense opposes this motion.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By: _____
        Kyle A. Wirshba / Kimberly J. Ravener
        Assistant United States Attorney
        (212) 637-2493 / 2358

cc:       Defense counsel (by ECF)