UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

ROBERT LEMKE

                Defendant.

---

**SCHEDULING ORDER**

21 Cr. 600 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The sentencing scheduled for December 14, 2021 is hereby adjourned to December 20, 2021 at 10:30 a.m.  Sentencing shall take place in Courtroom 14D.

    No later than December 17, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

    SO ORDERED.

Dated:    December 8, 2021           /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge