# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 8, 2022

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*I recommend that the defendant be kept at the MDC until his appeal is determined.*

*/s/ Alvin K. Hellerstein*
*6/8/2022*

Re: **United States v. Robert Lemke**
    **21 Cr. 100 (AKH)**

Dear Judge Hellerstein:

I write on behalf of Robert Lemke, the defendant in the above captioned case. On December 20, 2021, this Court sentenced Mr. Lemke to 36 months' imprisonment, with a recommendation that he be designated to a facility within his home state of California. Mr. Lemke is currently detained at the MDC Brooklyn and has yet to be designated to any facility. Mr. Lemke suffers from serious physical health conditions that make his transportation in custody painful and difficult. As a result, given the time that has already passed, he would prefer to complete his sentence at the MDC.

Accordingly, Mr. Lemke requests that the Court amend its designation recommendation and recommend to the Bureau of Prisons that Mr. Lemke be designated to the MDC Brooklyn for service of his sentence.

Thank you for consideration of this request.

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel
Assistant Federal Defender
Tel.: (212) 417-8772

cc: Government counsel (by ECF)